UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMSEY MANUEL CERVANTES, <br><br> Defendant. | Magistrate Case No.: '22 MJ2288 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 18, U.S.C. § 1201(a) and (g) – Kidnapping |

The undersigned Complainant, being duly sworn, states:

From on or about June 15 through on or about June 23, 2022, within the Southern District of California and elsewhere, defendant RAMSEY MANUEL CERVANTES, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away, a person hereinafter known as minor victim or MV, and willfully transported her in interstate commerce from Oklahoma to California, and he himself traveled in interstate commerce, and he used a means, facility and instrumentality of interstate commerce in committing and in furtherance of the commission of the offense, and at the time, MV was a minor under the age of 18; in violation of Title 18, United States Code, Section 1201(a) and (g).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Daniel P. Evans*
_____
Daniel P. Evans, Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 23rd day of June, 2022.

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April of 2005. I am currently assigned to the Human Trafficking Squad of the San Diego Field Office, where I primarily investigate crimes involving child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. This complaint is based on my own investigation as well as information received from fellow FBI agents and other law enforcement officers.

On or about June 15, 2022, a 16-year-old, hereinafter referred to as minor victim or MV, was reported as a runaway juvenile by her father to the local police department in Oklahoma.

Based on information reported to law enforcement and was learned through the course of the investigation, MV met RAMSEY CERVANTES, who was born in 2000, on a social media application, several months ago. MV believed CERVANTES was 17 years old, and they eventually met when CERVANTES drove to Oklahoma to meet MV in person. CERVANTES visited her approximately four times over the following six months, and they had consensual and non-consensual sex on approximately thirty occasions in various motels. MV eventually broke up with CERVANTES after he became repeatedly physically and sexually abusive. They were separated for two months. About a week ago, they reconnected and started talking again, including using social media applications to exchange messages.

On June 15, 2022, CERVANTES drove to Oklahoma to talk to MV in person to discuss their relationship. They planned for him to pick her up at her residence in Oklahoma. When MV got in CERVANTES' vehicle, he told her she was coming with him back to San Diego, California. When she tried to leave the vehicle, CERVANTES put a knife to her side and told her he would kill her if she tried to leave. CERVANTES

used duct tape to restrain MV and transported her from Oklahoma to California, where he kept her in his residence in San Diego, California. While traveling from Oklahoma to California, CERVANTES sexually assaulted MV approximately ten to fifteen times along the way at various rest stops in the back seat of his vehicle. MV reported that CERVANTES repeatedly forced her to consume vodka while en route back to San Diego. She stated that he kept her in a constant state of heavy intoxication.

MV reported that they arrived in San Diego on June 19, 2022. CERVANTES then locked MV in his bedroom for four days, only allowing her out when his roommate was not home. CERVANTES repeatedly sexually assaulted MV during that time. When CERVANTES' roommate was home, CERVANTES duct taped a baby pacifier into MV's mouth so she would not scream for help. CERVANTES also duct taped her hands together to prevent her from fleeing. MV observed CERVANTES place the black knife with a silver blade in a desk drawer. CERVANTES turned the music up very loud in his room so his roommate would not know she was in there.

While held in CERVANTES' room at his residence, MV stated CERVANTES used his laptop and forced her to watch child pornography, and gore videos that consisted of individuals skinning dogs. MV also stated CERVANTES created visual depictions of him sexually assaulting her while she was unconscious, and then forced her to watch the visual depictions.

On June 22, 2022, due to MV repeatedly vomiting, CERVANTES feared MV was pregnant, so he left the residence to get a Plan B pill for her. CERVANTES accidentally left his cell phone in the residence, which MV used to call her father and law enforcement. Officers responded to CERVANTES' residence the SUBJECT PREMISES and located MV inside the residence. CERVANTES was located in an area away from the residence and was taken into state custody after MV positively identified CERVANTES.

The San Diego Police Department Domestic Violence Unit was notified and detectives responded to the scene. SDPD crime scene lab technicians also responded and processed the residence. The Federal Bureau of Investigation was called in to assist, and I, along with several other agents, responded to the residence. Various search warrants have been obtained and the investigation is ongoing, including a forensic review of computers, computer media and cellular devices.

Based on the totality of the investigation to date, CERVANTES traveled to Oklahoma and kidnapped MV, transporting her in interstate commerce from Oklahoma to California. During the commission of the crime, CERVANTES used his cellular phone which is an instrumentality of interstate commerce. Moreover, at all relevant times to this offense, MV was a minor and CERVANTES was 22 years old and not the parent, grandparent, brother, sister, aunt, uncle or MV or an individual having legal custody of MV.